E-FILED
Thursday, 20 August, 2026 08:53:00 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **DANIEL PAUL HOCHLEUTNER,** | ) | **Case No. 26-cv-3082** |
| | ) | **BR Case No. 26-70186** |
| **Debtor-Appellant.** | ) | |

**ORDER**

**COLLEEN R. LAWLESS, United States District Judge:**

On March 9, 2026, Daniel Paul Hochleutner filed a Notice of Appeal from United States Bankruptcy Judge Mary P. Gorman's Order Dismissing Case. (Doc. 1). On April 1, 2026, Judge Gorman entered a Report and Recommendation to the District Court under 28 U.S.C. § 157(c)(1), stating that the filing fee of $298 required to be paid to the Clerk of the Bankruptcy Court with the filing of the notice of appeal was not paid by Appellant and the statement of issues presented on appeal was not filed. (Doc. 3). Therefore, Judge Gorman recommended that the appeal be dismissed on that basis. Judge Gorman further recommended that the appeal be dismissed on the additional basis that the problems that resulted in the dismissal order appealed from can only be remedied by commencing a new bankruptcy case for which relief on appeal is not necessary.

The docket shows that the Report and Recommendation and Bankruptcy Record on Appeal and Briefing Schedule (Doc. 2) was sent to Appellant on April 1, 2026. Appellant has not filed an objection or response to the Report and Recommendation. The Court thus presumes Appellant has no objection. *See Video Views, Inc. v. Studio 21, Ltd.*,

797 F.2d 538, 540 (7th Cir. 1986). The Court finds that dismissal is appropriate for both reasons recommended by Judge Gorman.

Therefore, the Report and Recommendation (Doc. 3) is accepted and adopted by the Court. This appeal is dismissed due to Appellant's failure to comply with the Bankruptcy Court Order to pay the filing fee. Dismissal is also appropriate because the relief sought by Appellant is not available on appeal. The Clerk shall terminate this case.

ENTER: August 18, 2026

COLLEEN R. LAWLESS
UNITED STATES DISTRICT JUDGE